COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    In re Transocean Drilling (U.S.A.), Inc. and Transocean Offshore Deepwater Drilling, Inc.

Appellate case number:    01-19-00080-CV

Trial court case number:    2016-61497

Trial court:             113th District Court of Harris County

Relators filed a petition for writ of mandamus on February 1, 2019. Relators also filed a motion for emergency relief to stay trial scheduled to begin on Monday, February 4, 2019. The motion for stay was denied on February 1.

Because trial was scheduled to begin Monday, February 4, the Court directs the relator to file a response **within 5 days of the date of this order** advising whether this proceeding is moot.

It is so ORDERED.

Judge's signature: ____/s/ Justice Peter Kelly_____
            ☑ Acting individually    ☐ Acting for the Court

Date:  _February 12, 2019_____